# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE UNGER COMPANY, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>SENTINEL INSURANCE CO., LTD,<br><br>                    Defendant. | Case No. 1:22-cv-491<br><br>Judge J. Philip Calabrese |

**AGREED STIPULATION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, plaintiff The Unger Company, Inc. ("Unger") and defendant Sentinel Insurance Company, Ltd. ("Sentinel"), by and through the undersigned counsel, hereby stipulate and agree that defendant Sentinel may have an extension of 14 days, up to and including April 19, 2022, in which to move, plead or otherwise respond in response to plaintiff's complaint.  The 14-day extension will facilitate discussions of counsel and accommodate trial and case schedules of defense counsel.  No previous extensions have been stipulated or requested.  The undersigned counsel have conferred and all parties agree that such an extension is made in good faith, and not for a dilatory motive.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| */s/ David W. Hilkert per email auth. 4-2-22 KML* | */s/ Katheryn M. Lloyd* |
| David W. Hilkert (OH Bar 0023486) | Katheryn M. Lloyd (OH Bar 0075610) |
| STARK & KNOLL CO., L.P.A. | Tadd L. Minton (OH Bar 0100254) |
| 3475 Ridgewood Rd. | Carpenter Lipps & Leland LLP |
| Akron, Ohio 44333 | 280 N. High Street, Suite 1300 |
| 330-276-3300 | Columbus, Ohio 43215 |
| dhilkert@stark-knoll.com | 614-365-4100 |
| | lloyd@carpenterLipps.com |
| *Counsel for Plaintiff The Unger Co., Inc.* | minton@carpenterlipps.com |

Sarah D. Gordon (*pro hac vice* forthcoming)
Erica Gerson (*pro hac vice* forthcoming)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 429-3000
sgordon@steptoe.com
egerson@steptoe.com

*Counsel for Defendant Sentinel Insurance Company, LTD.*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the above Agreed Stipulation For Extension Of Time To Move, Plead, Or Otherwise Respond To Plaintiff's Complaint was sent via electronic mail and uploaded for filing to the Court's ECF system on April 3, 2022, which will cause service upon:

    David W. Hilkert
    STARK & KNOLL CO., L.P.A.
    3475 Ridgewood Rd.
    Akron, OH 44333
    330-276-3300
    dhilkert@stark-knoll.com

*/s/ Katheryn M. Lloyd*
*One of the Attorneys for Defendant*
*Sentinel Insurance Company, LTD.*